IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| 3632 TRAIL WALKER FAMILY TRUST § <br> SUCCESSOR TO SUSAN ADDISON & § <br> WILLIAM ADDISON, § <br> § <br> *Plaintiff,* § <br> § <br> V. § <br> § <br> FEDERAL HOME LOAN MORTGAGE § <br> CORPORATION, JPMORGAN CHASE § <br> BANK, NATIONAL ASSOCIATION, § <br> § <br> *Defendants.* § | CASE NO. 4:12cv322 <br> Judge Clark/Judge Mazzant |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 22, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Dismiss for Failure to State a Claim [Doc. 6] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendants' Motion to Dismiss for Failure to State a Claim [Doc. 6] is granted, and Plaintiff's case is DISMISSED with prejudice.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **19** day of **October, 2012.**

_____
Ron Clark, United States District Judge